8350.  HOLLOWAY *v.* SILVER.

BROYLES, P. J.  This was the first grant of a new trial, and it will not be disturbed, as it does not appear that the judge abused his discretion in granting it, and that the facts and the law required the verdict notwithstanding his judgment. Civil Code (1910), § 6204.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED JUNE 14, 1917.

Foreclosure of mortgage; from city court of Zebulon—Judge Dupree: January 5, 1916.

*Redding & Lester,* for plaintiff in error.

*J. M. Smith,* contra.